UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WILLIAM NORMAN SCHUMACHER,

    Plaintiff,

v.                                Case No: 6:14-cv-1963-Orl-28TBS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

# ORDER

This case is before the Court on the Unopposed Motion for Entry of Judgment with Remand (Doc. 15) filed by the Commissioner of Social Security. The assigned United States Magistrate Judge has submitted a Report (Doc. 16) recommending that the motion be granted.

After review of the record in this matter, the Court agrees with the findings and conclusions in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.     The Report and Recommendation (Doc. 16) is **ADOPTED** and **CONFIRMED** and made a part of this order.

    2.     The Unopposed Motion for Entry of Judgment with Remand (Doc. 15) is **GRANTED**.

    3.     The Clerk of Court is **DIRECTED** to enter judgment accordingly, terminate any pending motions, and close the file.

    4.     The deadline to file a motion for attorney's fees pursuant to 42 U.S.C. § 406(b) is thirty days after Plaintiff receives notice from the Social Security Administration

of the amount of past due benefits awarded. Upon receipt of notice, counsel for Plaintiff shall promptly email Mr. Rudy and the OGC attorney who prepared the Government's brief to advice that the notice has been received.

**DONE** and **ORDERED** in Orlando, Florida, on September 22, 2015.

                                      JOHN ANTOON II
                                      United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties