# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

WILLIAM NORMAN SCHUMACHER,

    Plaintiff,

v.                                        Case No: 6:14-cv-1963-Orl-28TBS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

This case is before the Court on the Unopposed Motion for Attorney's Fees (Doc. No. 19) filed by Plaintiff. The assigned United States Magistrate Judge has submitted a Report (Doc. 20) recommending that the motion be granted. After review of the record in this matter, the Court agrees with the findings and conclusions in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. No. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Uncontested Motion for Attorney's Fees (Doc. No. 19) is **GRANTED**.

3. Plaintiff is **AWARDED** attorney's fees in the amount of $3,587.49 to be paid to Plaintiff's counsel, Richard A. Culbertson, if the U.S. Department of the Treasury determines Plaintiff does not owe a debt to the government.

**DONE** and **ORDERED** in Orlando, Florida, on October 30, 2015.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Parties